"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: SA 08-055M |
|                 Plaintiff, ) | ORDER OF DETENTION |
| vs. ) | |
| Rana Bachir Elbezri, ) | |
|                 Defendant. ) | |

**I.**

A.    ( )    On motion of the Government in a case allegedly involving:

    1.    ( )    a crime of violence.

    2.    ( )    an offense with maximum sentence of life imprisonment or death.

    3.    ( )    a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.    ( )    any felony - where defendant convicted of two or more prior offenses described above.

    5.    ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B. (X) On motion by the Government/( ) on Court's own motion, in a case allegedly involving:

(X) On the further allegation by the Government of:

1. (X) a serious risk that the defendant will flee.
2. ( ) a serious risk that the defendant will:
   a. ( ) obstruct or attempt to obstruct justice.
   b. ( ) threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C. The Government (X) is/( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A. (X) The Court finds that no condition or combination of conditions will reasonably assure:

1. (X) the appearance of the defendant as required.
   ( ) and/or
2. ( ) the safety of any person or the community.

B. ( ) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A. (X) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B. (X) the weight of evidence against the defendant;

1  C.   (X)   the history and characteristics of the defendant; and
2  D.   (X)   the nature and seriousness of the danger to any person or the community.

### IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

### V.

The Court bases the foregoing finding(s) on the following:

A.   (X)   As to flight risk: Defendant's lack of candor with Pre-trial Services regarding her residence, lack of personal bail resources, lack of financial information about her community assets, lack of strong ties to the local community and strong ties to Lebanon (where her husband, two of her children, and two siblings currently reside), the lack of an extradition treaty with the United States, the fact that she was arrested at the airport leaving for Lebanon without a return ticket, the nature of the charged offense, which indicates rhe Defendant can readily acquire credit cards without any apparent source of income or assets, and can acquire cash and other assets using fraudulent means that cannot be adequately monitored or prevented by Pre-trial Services.

### VI.

A.   ( )   The Court finds that a serious risk exists the defendant will:
   1.   ( )   obstruct or attempt to obstruct justice.
   2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.

1  B.  The Court bases the foregoing finding(s) on the following:
2  _____
3  _____
4  _____
5
6                               **VI.**
7  A.  IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
8  B.  IT IS FURTHER ORDERED that the defendant be committed to the custody of
9      the Attorney General for confinement in a corrections facility separate, to the
10     extent practicable, from persons awaiting or serving sentences or being held in
11     custody pending appeal.
12 C.  IT IS FURTHER ORDERED that the defendant be afforded reasonable
13     opportunity for private consultation with counsel.
14 D.  IT IS FURTHER ORDERED that, on order of a Court of the United States or on
15     request of any attorney for the Government, the person in charge of the
16     corrections facility in which defendant is confined deliver the defendant to a
17     United States marshal for the purpose of an appearance in connection with a court
18     proceeding.
19
20 DATED:  February 25, 2008                    / s /
                                          ARTHUR NAKAZATO
21                                  UNITED STATES MAGISTRATE JUDGE